This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 121
In the Matter of the Hon. Jeffrey
P. Dorrance, a Town Justice,
Green Island Town Court, Albany
County.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On consideration of the continuation of this Court's March 26, 2015 suspension, with pay, of Honorable Jeffrey P. Dorrance from his office of Justice of the Green Island Town Court, Albany County, it is determined that the suspension continue, with pay, effective immediately.  Chief Judge Lippman and Judges Read, Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.

Decided May 12, 2015